ST. LOUIS & SAN FRANCISCO RAILWAY COMPANY v. JOHN C. MOSSMAN.

ACTION brought before a justice of the peace of Sedgwick county, by *Mossman* against the *Railway Company,* to recover $120, with interest, claimed as the value of plaintiff's two milch cows alleged to have been crippled, wounded, and thereby rendered worthless, by the defendant. From a judgment against the defendant *Company* it appealed to the district court of that county. Trial therein October 12, 1882, and judgment for plaintiff for $97.87½ damages, $25 attorney-fee, and $36.50 costs. Defendant brings the case to this court.

K. C. Ft. S. & G. Rld. Co. v. Hines.

*Sluss & Hatton,* for plaintiff in error.

*John Clark,* for defendant in error.

*Per Curiam:* The judgment of the court below in this case will be affirmed, upon the authority of the case of *The St. Louis & San Francisco Railway Co. v. Dudgeon,* 28 Kas. 283, ¶ 3 of syllabus, and the corresponding portion of the opinion. Also, see *Berry v. St. Louis, Salem & Little Rock Rld. Co.,* 65 Mo. 172.